E-FILED
Tuesday, 03 May, 2005  11:57:44 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

FILED
MAY  3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 4:05-cr-40024-JBM-1 |
| | ) |
| JEFF ALEX MAZON, and<br>ALI HIJAZI, | )<br>)<br>) |
| Defendants. | )<br>) |

### MOTION OF DEFENDANT ALI HIJAZI
### TO DISMISS THE INDICTMENT

Pursuant to Fed. R. Crim. P. 7 and 12, Defendant Ali Hijazi hereby moves to dismiss the indictment as it pertains to him on the ground that this Court lacks jurisdiction over Hijazi and the exercise of such jurisdiction would violate Hijazi's right to due process.

Respectfully submitted,

Ty Cobb / HCB

Ty Cobb (Lead Counsel)
H. Christopher Bartolomucci
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone:  (202) 637-5600
Fax:  (202) 637-5900
E-mail:  tcobb@hhlaw.com
E-mail:  hcbartolomucci@hhlaw.com

Dated: May 2, 2005

*Counsel for Defendant Ali Hijazi*