E-FILED
Tuesday, 17 May, 2005  04:35:31 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-40024-02 |
| ) | |
| JEFF ALEX MAZON and ALI HIJAZI, ) | |
| ) | |
| Defendants, ) | |

## GOVERNMENT'S MOTION TO STRIKE
## DEFENDANT'S MOTION TO DISMISS

NOW COMES the United States of America, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Greggory R. Walters, Assistant United States Attorney, and for its motion to strike states as follows:

1.  On May 3, 2005, Defendant, Ali Hijazi, filed a motion to dismiss, and accompanying memorandum of law, seeking to dismiss the indictment. Therein, Hijazi argues this Court lacks jurisdiction over him and that the exercise of jurisdiction would not comport with the Due Process Clause of the Fifth Amendment.

2.  Hijazi has not been arraigned on the indictment. Although this Court has discretion to entertain a motion to dismiss prior to arraignment, Hijazi has not asked this Court to exercise such discretion or provided any justification for the exercise of such discretion.

3.  As explained in the memorandum of law accompanying this motion, this Court should not exercise its discretion to entertain the motion and should strike the motion and accompanying memorandum.

WHEREFORE, the United States of America respectfully requests this Court to strike the defendant's motion to dismiss and accompanying memorandum of law, or otherwise deny the motion without reaching the merits thereof.  Alternatively, if this Court denies the government's motion to strike and exercises its discretion to entertain the Defendant's motion to dismiss, the government respectfully requests 14 days from the entry date of the District Court's order to file its response to the Defendant's motion to dismiss.

        Respectfully submitted,

        UNITED STATES OF AMERICA

        JAN PAUL MILLER
        UNITED STATES ATTORNEY

By:   /s/ Greggory R. Walters
        _____
        Greggory R. Walters
        Assistant United States Attorney
        One Technology Plaza
        211 Fulton Street, Ste. 400
        Peoria, Illinois 61602
        Tel: 309/671-7050
        Fax: 309/671-7259
        E-mail: greggory.walters@usdoj.gov
        Ill. Reg. No. 6256826

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Mr. J. Scott Arthur
> *Counsel for Defendant Jeff Alex Mazon,*

and I hereby certify that I have mailed by Federal Express the document to the following non CM/ECF participants:

> Mr. Ty Cobb (Lead Counsel)
> Mr. H. Christopher Bartolomucci
> Hogan & Hartson L.L.P.
> 555 Thirteenth Street, N.W.
> Washington, D.C. 20004
> *Counsel for Defendant Ali Hijazi*

/s/ Stephanie Pennington
_____
Paralegal Specialist