E-FILED
Thursday, 02 June, 2005  02:50:54 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 05-40024-02 |
| ) | |
| **JEFF ALEX MAZON and ALI HIJAZI,** ) | |
| ) | |
| **Defendants,** ) | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S OPPOSITION TO THE GOVERNMENT'S MOTION TO STRIKE DEFENDANT'S MOTION TO DISMISS

NOW COMES the United States of America, through its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Greggory R. Walters, Assistant United States Attorney, and in support of its motion for leave to file a reply to the Defendant's opposition to the government's motion to strike the Defendant's motion to dismiss states as follows:

1. With the exception of summary judgment motions practice, reply briefs are not permitted in motions practice absent leave of the Court. *See* CDIL-LR 7.1.

2. The government seeks leave of this Court to file the reply brief accompanying this motion. The reply brief is three and one half pages in length, excluding the certificate of service page.

3. In the reply brief, the government briefly addresses factual issues raised by the Defendant, the Defendant's fugitive argument, and the Defendant's re-characterization of the government's policy argument. The reply brief further addresses in a footnote the issue of

mootness, which the government respectfully suggests should be resolved for purposes of any review by higher courts of this Court's orders addressing the pending motions.

WHEREFORE, the United States of America respectfully requests leave of this Court to file its reply to the Defendant's opposition to the government's motion to strike the Defendant's motion to dismiss.

                                      Respectfully submitted,

                                      UNITED STATES OF AMERICA

                                      JAN PAUL MILLER
                                      UNITED STATES ATTORNEY

By:    /s/ Greggory R. Walters
        Greggory R. Walters
        Assistant United States Attorney
        One Technology Plaza
        211 Fulton Street, Ste. 400
        Peoria, Illinois 61602
        Tel: 309/671-7050
        Fax: 309/671-7259
        E-mail: greggory.walters@usdoj.gov
        Ill. Reg. No. 6256826

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. J. Scott Arthur
>*Counsel for Defendant Jeff Alex Mazon,*
>
>and
>
>Mr. H. Christopher Bartolomucci
>*Counsel for Defendant Ali Hijazi*

/s/ Margo Scamp<br>Legal Assistant