IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 05-40024 |
| ) | |
| JEFF ALEX MAZON and ) | |
| ALI HIJAZI, ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANT'S FIRST EXHIBIT LIST**

Now comes Defendant, Jeff Mazon, by and through his attorney, J. Scott Arthur, and submits Defendant's First Exhibit List. Defendant may also use any documents that have been tendered by the Government in discovery as well as the following documents, all of which have been previously tendered by the Defense to the Government. In addition, the investigation is continuing, and if Defendant becomes aware of any additional documents, Defendant will promptly tender copies to the Government:

| Exhibit # | Description |
|---|---|
| 1 | E-mail Neven Mladina to Jeff Mazon 3/14/2003 |
| 2 | E-mail Benny Crowder to Jeff Mazon 6/24/2003 |
| 3 | E-mail Jeff Mazon to Don Gavin 6/21/2003 |
| 4 | E-mail Jeff Mazon to Joe Cottrell 6/21/2003 |
| 5 | E-mail Jeff Mazon to Nina Burton 6/21/2003 |
| 6 | E-mail Ken Dreiling to Jeff Mazon 6/19/2003 |
| 7 | E-mail Aditya Alukar to Jeff Mazon 6/18/2006 and Mazon to Alukar 11/10/2004 |
| 8 | E-mail Chris Heinrich to Jeff Mazon 6/17/2003 |
| 9 | E-mail Gerald Shoaf to Jeff Mazon 6/16/2003 |
| 10 | E-mail Joanne Nickles to Jeff Mazon 6/16/2003 |
| 11 | E-mail Jeff Mazon to Drew Bacon, David Hadcock, Don Gavin, Todd Stanley and David Means 6/14/2003 |
| 12 | E-mail Robert Mason to Jeff Mazon and Rocquica Evans 6/10/2003 |
| 13 | E-mail Jeff Mazon to Alan Undheim 6/8/2003 |
| 14 | E-mail Gerald Shoaf to Jeff Mazon 6/5/2003 |
| 15 | E-mail Tod Nickles to Jeff Mazon 6/3/2003 |
| 16 | E-mail Rocquica Evans to Jeff Mazon 6/5/2003 |

| | |
|---|---|
| 17 | E-mail Jeff Mazon to Gerald Shoaf 6/4/2003 |
| 18 | E-mail Gerald Shoaf to Jeff Mazon 5/31/2003 |
| 19 | E-mail Jeff Mazon to Tod Nickles 5/14/2003 |
| 20 | E-mail Joe Williams to Jeff Mazon 5/5/2003 |
| 21 | E-mail Gerald Shoaf to Jeff Mazon 4/21/2003 |
| 22 | E-mail Jeff Mazon to Joe Williams 4/14/2003 |
| 23 | E-mail Joe Williams to Jeff Mazon 4/14/2003 |
| 24 | E-mail Jeff Mazon to Tod Nickles 3/20/2003 |
| 25 | E-mail Don Gavin to Jeff Mazon 3/15/2003 |
| 26 | E-mail Jeff Mazon to Tod Nickles 3/15/2003 |
| 27 | E-mail Jeff Mazon to Tod Nickles 3/15/2003 |
| 28 | E-mail Jeff Mazon to Don Gavin 3/12/2003 |
| 29 | McDonald's Franchise Details "Company Background" printout from www.entrepreneur.com - dated 9/12/2003 |
| 30 | McDonald's Franchise Details "Costs & Fees" printout from www.entrepreneur.com - dated 9/12/2003 |
| 31 | McDonald's Franchise Details "Training & Support" from www.entrepreneur.com - dated 9/12/2003 |
| 32 | McDonald's Franchise Details "Rankings in *Entrepreneur* magazine 1999-2003" printout from www.entrepreneur.com - dated 9/12/2003 |
| 33 | Franchise Consultation: Choosing a Franchise Opportunity "Franchise Company Investigation Procedure" printout from www.franchise-consultation.com - dated 9/12/2003 |
| 34 | Franchise Consultation - "Want to Buy a Franchise?  Important Franchise Info" printout from www.franchise-consultation.com - dated 9/12/2003 |
| 35 | Franchise Consultation - "Buying a Franchise?  Ask the Franchise Expert" printout from www.franchise-consultation.com - dated 9/12/2003 |
| 36 | Franchise Consultation - "Franchise Advice From Entrepreneur's Franchise Experts" printout from www.franchise-consultation.com - dated 9/12/2003 |
| 37 | HSBC "Apply for an HSBC Current or Savings Account" printout from www.offshoure.hsbc.com - dated 9/2/2003 |
| 38 | HSBC "Your Questions Answered" printout from www.offshore.hsbc.com - dated 9/2/2003 |
| 39 | HSBC "HSBC Offshore - Offshore Bank Account" printout from www.offshore.hsbc.com - dated 9/2/2003 |
| 40 | HSBC "HSBC Offshore - Why HSBC Offshore" printout from www.offshore.hsbc.com - dated 9/2/2003 |
| 41 | HSBC "HSBC Offshore - The offshore advantage" printout from www.offshore.hsbc.com - dated 9/2/2003 |
| 42 | HSBC "HSBC Offshore - How to send funds" printout from www.offshore.hsbc.com - dated 9/2/2003 |
| 43 | HSBC "US Dollar Interest Rates" printout from www.offshore.hsbc.com - dated 9/2/2003 |
| 44 | HSBC "Tariff" printout from www.offshore.hsbc.com - dated 9/2/2003 |

| | |
|---|---|
| 45 | HSBC Bank International Limited Tariff of Charges leaflet |
| 46 | Barclays Private Clients International Corporate Services - Banking for the international business community leaflet |
| 47 | Franchising printout (McDonalds Franchising Opportunities) from Hispanic Chamber of Commerce in Western Pennsylvania, Inc. from www.hccwpa.org - dated 9/1/2003 |
| 48 | McDonald's Media Site: Franchising Overview - "McDonald's: Committed to Franchising" printout from www.media.mcdonalds.com - dated 9/1/2003 |
| 49 | "McDonald's USA - Franchising Inside the U.S." printout from www.mcdonalds.com - dated 9/1/2003 |
| 50 | McDonald's Corporation - May 2003 Investor Fact Sheet - NYSE: MCD |
| 51 | "McDonald's Corporate Franchising International Information" printout from www.mcdonalds.com - dated 9/1/2003 |
| 52 | "McDonald's Corporate People Promise People Vision" printout from www.mcdonalds.com - dated 9/1/2003 |
| 53 | "McDonald's Corporate People Promise" printout from www.mcdonalds.com - dated 9/1/2003 |
| 54 | "McDonald's Corporate Franchising Frequently Asked Questions" printout from www.mcdonalds.com - dated 9/1/2003 |
| 55 | "McDonald's Corporate Franchising" printout from www.mcdonalds.com - dated 9/1/2003 |
| 56 | "McDonald's Corporate Franchising Notable Facts" printout from www.mcdonalds.com - dated 9/1/2003 |

Respectfully Submitted,

J. Scott Arthur

/s/ J. Scott Arthur
Attorney for Defendant Jeff Mazon
14315 S. 108th Avenue
Suite 222
Orland Park, IL 60467
Tel: 708-460-9800
Fax: 708-460-9850
E-mail: jscottarthur@msn.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Assistant United States Attorney Gregory Walters,
*Counsel for United States Government*,

and I hereby certify that I have mailed by U.S. Mail the documents to the following non CM/ECF participants:

Mr. Ty Cobb (Lead Counsel)
Hogan & Hartson L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004
*Counsel for Defendant Ali Hijazi*

                                              /s/ J. Scott Arthur
                                              Attorney for Defendant Jeff Alex Mazon