**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No. 05-40024 |
| ALI HIJAZI, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT ALI HIJAZI'S MOTION FOR LEAVE
TO EXCEED WORD LIMIT**

Defendant Ali Hijazi hereby moves for leave to file a memorandum of law exceeding the word and character limits in CDIL-LR 7.1(B)(4). In support of his motion for leave, Hijazi states as follows:

1. Hijazi today has filed a Motion to Dismiss the Second Superseding Indictment and Request for Oral Argument.

2. CDIL-LR 7.1(B)(4) provides that a memorandum in support of a motion may contain 7,000 words and 45,000 characters. Such a memorandum that exceeds those limits therefore requires leave of court.

3. Hijazi seeks leave to file the accompanying Memorandum in Support of Defendant Ali Hijazi's Motion to Dismiss the Second Superseding Indictment. The memorandum contains 11,312 words and 58,927 characters.

4. The memorandum sets forth several jurisdictional and constitutional arguments supporting his motion to dismiss, including the presumption against the extraterritorial application of federal statutes, the Defense Cooperation Agreement between the United States and Kuwait, the rule against construing federal statutes so as to violate international law, and the Rule of Lenity in criminal matters. The memorandum also provides reasons why Hijazi's motion to dismiss should not be held in abeyance.

5. Hijazi is a criminal defendant. He is a foreign national who has been accused of federal crimes by the U.S. Government based on alleged events in Kuwait. Hijazi should be given latitude to present and develop fully in his memorandum all of the substantial legal arguments supporting his motion to dismiss the indictment.

THEREFORE, Hijazi should be granted leave to exceed the word and character limits in CDIL-LR 7.1(B)(4), and the Memorandum in Support of Defendant Ali Hijazi's Motion to Dismiss the Second Superseding Indictment should be filed.

                Respectfully submitted,

                <u>s/ H. Christopher Bartolomucci</u>
                Ty Cobb
                H. Christopher Bartolomucci
                HOGAN & HARTSON L.L.P.
                555 Thirteenth Street, N.W.
                Washington, D.C. 20004
                Telephone:  (202) 637-5600
                Fax:  (202) 637-5900
                TCobb@hhlaw.com
                HCBartolomucci@hhlaw.com

Dated:  December 21, 2007        *Counsel for Defendant Ali Hijazi*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2007, I electronically filed the foregoing Defendant Ali Hijazi's Motion for Leave to Exceed Word Limit with the Clerk of the Court using the CM/ECF system which will send notification of the filing to:

> Jeffrey B. Lang
> Assistant United States Attorney
> 1830 Second Avenue, Third Floor
> Rock Island, IL 61201
>
> *Counsel for Plaintiff*
>
>
> J. Scott Arthur
> 14315 South 108th Avenue
> Suite 222
> Orland Park, IL 60467
>
> *Counsel for Defendant Jeff Alex Mazon*

s/ H. Christopher Bartolomucci
H. Christopher Bartolomucci