IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| )  | |
| Plaintiff,     ) | |
| ) | |
| -vs-     ) | No.   05-CR-40024-2 |
| ) | |
| ALI HIJAZI (2),     ) | |
| ) | |
| Defendant.     ) | |

## ORDER

**BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:**

U.S. District Judge McDade has referred all pending motions to the undersigned upon remand of the case from the Seventh Circuit. The undersigned has reviewed the Seventh Circuit Opinion (08-3060), pending motions and Government responses. The Government is directed to file detailed responses to Defendant's Motion to Dismiss the Indictment (d/e 15), Motion to Dismiss Second Superceding Indictment (d/e 131), and Motion to Dismiss Based on Sixth Amendment Right to Speedy Trial (d/e 174), by February 1, 2010 and address all substantive issues raised therein. Defendant Ali Hijazi to file replies by February 19, 2010. The Government's Motion to Stay Ruling (d/e 182) is denied as moot based upon the Seventh Circuit Opinion.

ENTERED:    December 17, 2009

*s/ Byron G. Cudmore*
_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE