# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

|   |   |
|---|---|
| UNITED STATES, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 05-40024 |
| ALI HIJAZI, | ) |
|     Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Ali Hijazi appeals to the United States Court of Appeals for the Seventh Circuit from the Order & Opinion (Docs. 247–250) entered in this action on July 18, 2011, which affirmed the Report and Recommendation of Magistrate Judge Cudmore (Doc. 230), and denied Defendant's Motion to Dismiss Indictment (Doc. 15), Defendant's Motion to Dismiss Second Superseding Indictment (Doc. 131), and Defendant's Motion to Dismiss Based on Sixth Amendment Right to a Speedy Trial (Doc. 174).

Defendant also gives notice that, simultaneous with the filing of this Notice of Appeal, Defendant is filing a petition for a writ of mandamus with respect to the same Order & Opinion. Defendant will move the Court of Appeals to consolidate the appeal and the mandamus proceeding.

On June 30, 2011, Mr. Hijazi filed a petition for mandamus asking this Court to rule on his motions to dismiss the indictment in light of the District Court's extraordinary delay in doing so. On July 1, 2011, this Court issued an order declining to rule on the motions itself but

directing the District Court to rule on them within 30 days. In that same order, the Court noted that "after the district court has either accepted or rejected Hijazi's arguments and issued a final judgment [it will] be appropriate to appeal to this court for consideration of the merits." *In re Ali Hijazi*, No. 11-2475 (July 1, 2011). With its Order & Opinion, the District Court rejected Mr. Hijazi's arguments, and thus it is now "appropriate to appeal to this court for consideration of the merits."

Mr. Hijazi is a foreign national who resides in Kuwait. He is not a fugitive, as the courts in this case have determined. No extradition treaty exists between the United States and Kuwait. Although the burden is on the prosecutor to bring a criminal case to trial, including this one, the U.S. Government has failed to do so in this case, for more than six years. The Government of Kuwait opposes this prosecution and will not deliver Mr. Hijazi to the U.S. Government for prosecution in the United States. And Mr. Hijazi will not voluntarily travel from his home in Kuwait to the United States in order to be tried on charges that should have been dismissed long ago and should still be dismissed. Mr. Hijazi "was lawfully in Kuwait at the time of the indictment and remains so today." *In re Ali Hijazi*, 589 F.3d 401, 407 (7th Cir. 2009). He has a "right to stay there." *Id*. Accordingly, there will be no trial in this matter. For all practical purposes, the Order & Opinion is the final, and hence appealable, decision in this case.

Alternatively, to the extent that the Order & Opinion is not a final order, it is appealable pursuant to the collateral order doctrine.

Respectfully submitted,

<u>s/ H. Christopher Bartolomucci</u>
H. Christopher Bartolomucci
BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, D.C. 20036
Telephone: (202) 234-0090
Facsimile: (202) 234-2806
cbartolomucci@bancroftpllc.com

Dated:  July 27, 2011                    *Counsel for Defendant Ali Hijazi*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2011, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system which will send notification of the filing to:

> Jeffery B. Lang
> Joseph H. Hartzler
> Matthew J. Cannon
> John A. Michelich
>
> *Counsel for the United States*

> s/ H. Christopher Bartolomucci
> H. Christopher Bartolomucci