**E-FILED**
Wednesday, 09 November, 2011 02:10:27 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

November 9, 2011

To:    Pamela E. Robinson
       UNITED STATES DISTRICT COURT
       Central District of Illinois
       Rock Island , IL 61201-0000

|  |  |
|---|---|
| No.: 11-2727 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>ALI HIJAZI,<br>Defendant - Appellant |

| District Court No: 4:05-cr-40024-JBM-BGC-2 |
|---|
| Central District of Illinois |
| District Judge Joe Billy McDade |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:        No record to be returned

This notice sent to:

[X]    United States Marshal            [X]    United States Probation Officer

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**

11/9/2011

**Received by:**

s/M. Zakrzewski

form name: **c7_Mandate**(form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 21, 2011

**CERTIFIED COPY**



A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before

RICHARD A. POSNER, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*
JOHN DANIEL TINDER, *Circuit Judge*

| | |
|---|---|
| No. 11-2720 | ] Petition for Writ of ] Mandamus from the Central |
| IN RE:<br>    ALI HIJAZI,<br>        Petitioner. | ] District of Illinois.<br>]<br>]<br>] |
| ———————————————————— | ]———————————————————— |
| UNITED STATES OF AMERICA,<br>        Plaintiff-Appellee, | ] Appeal from the United<br>] States District Court for<br>] the Central District of |
| No. 11-2727          v. | ] Illinois.<br>] |
| ALI HIJAZI,<br>        Defendant-Appellant. | ] No. 4:05-cr-40024-JBM-BGC-2<br>]<br>] Joe Billy McDade,<br>]        Judge. |

The following are before the court:

1. **SUGGESTION OF MOOTNESS AND MOTION TO VACATE DISTRICT COURT'S ORDER AND OPINION OF JULY 18, 2011,** filed on August 30, 2011, by counsel for the appellant.

2. **RESPONSE TO SUGGESTION OF MOOTNESS AND TO MOTION TO VACATE DISTRICT COURT ORDER AND OPINION OF JULY 18, 2011,** filed on September 15, 2011, by counsel for the appellee.

**IT IS ORDERED** that the motion to vacate the district court's order is **DENIED.**

**IT IS FURTHER ORDERED** that the appeal and the petition for mandamus shall be **DISMISSED** as moot.

form name: **c7_Order_3J**(form ID: **177**)